IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JACK LOWE AND DENNIS REYNOLDS, | ) | Civil Action No. |
| | ) | |
| Plaintiffs, | ) | 1:13-cv-02425-AT |
| | ) | |
| v. | ) | |
| | ) | |
| ATLAS LOGISTICS GROUP RETAIL SERVICES (ATLANTA), LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF ROBERT M. LEWIS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

I, Robert M. Lewis, Jr., make the following Declaration pursuant to 28 U.S.C. §1746:

1.  My name is Robert M. Lewis, Jr.. I am over the age of 21 years and am suffering from no mental or physical disability. All statements in this declaration are made based upon my personal knowledge.

2.  All statements in this declaration are my personal opinion and do not constitute the opinions of the U.S. Department of Labor or of the U.S. government.

3. I believe I am competent to form an opinion concerning the range of rates and fees available for employment-related litigation in federal district courts in cases in Atlanta. I have served as plaintiff's and defense counsel in employment cases, and in my current professional position, routinely review fee statements and applications submitted by attorneys and service providers to employee benefit plans. I am also competent to form an opinion concerning the skills of attorney Benjamin A. Stark based on my experience of working alongside and then supervising him for five and a half years at the U.S. Department of Labor, Office of the Solicitor.

4. I am a graduate of the Walter F. George School of Law at Mercer University, Class of 1996, and of Emory University, Class of 1989.  I have been a member of good standing of the State Bar of Georgia since 1996. I am admitted to practice in all state courts within Georgia, as well as the U.S. Supreme Court and the Northern and Middle Districts of Georgia.  I am inactive in the bar of the U.S. Court of Appeals for Eleventh Circuit.

5. I am the current chair of the Labor and Employment Law Section for the State Bar of Georgia, having previously served as vice chair, secretary and treasurer.  I am also currently serving on the boards of the Atlanta

Bar Association, and the Labor and Employment Law Section for the Atlanta Bar Association.  I am a previous government fellow for the Labor and Employment Section of the American Bar Association.  I am also active in the Employee Benefits Committee of American Bar Association's Labor and Employment Law Section.  I am the current co-chair of that committee's preemption subcommittee and have served as contributing editor for *Employee Benefits Law*, a treatise published jointly by the Section and BNA Books. In addition, I participate actively as a CLE presenter and organizer.  Within the last twelve months, I have participated in two programs sponsored by the State Bar of Georgia's Labor and Employment Law Section: as a panelist on a panel discussing recent developments arising under wage and hour law (May 22, 2015) and as a moderator of a panel on the latest developments involving summary judgment in employment cases (December 5, 2015).  I also presented on employment and employee benefits issues arising from the Supreme Court's decision in *U.S. v. Windsor* (2013) at the midwinter meeting of the Employee Benefits Committee of the ABA's Labor and Employment Law Section, on February 7, 2015.  Since 2014, I have been an adjunct professor at Emory Law School.

3

6. From 1996 to 2006, I was an associate and then a partner at the law firm of Meadows and Macie, P.C. My practice focused on employment litigation, other business litigation and health care law.

7. From 2006 to 2008, I was a trial attorney in the Office of the Solicitor, U.S. Department of Labor, prosecuting cases under various labor and employment statutes enforced by the Department of Labor including FLSA, OSHA, ERISA, MSHA, and USERRA, among other. Since 2008, I have served as the Regional Counsel for ERISA, serving as the managing attorney for virtually all the employee benefits litigation filed by the Secretary of Labor within the Southeastern U.S.

8. It was in my position as Trial Attorney and then ERISA Counsel at SOL that I had the opportunity to work with Benjamin Stark. During this time, I was impressed by Mr. Stark's extraordinary competence. For instance, Mr. Stark co-authored a memorandum used by SOL nationwide to sort through thorny issues regarding ERISA statutes of limitations. He took at least half a dozen cases to trial, all with successful results. We also worked together on a series of related ERISA cases involving complex factual and legal issues; for his efforts, Mr. Stark received the Secretary of Labor's Exceptional Achievement Award. When I

supervised Mr. Stark in my position as ERISA Counsel, I was always confident that he would approach every issue with thorough research, sharp legal reasoning and clear legal writing.  Managers at our client agency, the Employee Benefits Security Administration, told me that they knew they could rely on Mr. Stark's advice because he always thought through every issue.  Other managers within my office have likewise observed and affirmed Mr. Stark's adroit and effective litigation skills. His intellectual abilities, litigation savvy, and admirable work ethic were consistent and extraordinary during Mr. Stark's employment with the Department of Labor. Thus, I am not surprised in the slightest that Mr. Stark was successful in the instant case in winning summary judgment as to liability.

9. Based on my knowledge of Mr. Stark's skill and my experience with fees in the relevant community, it is my opinion that Mr. Stark's hourly rate of $350.00 is reasonable for his skill level and in keeping with the prevailing market rate.

I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

This ____ day of November, 2015.

Robert M. Lewis, Jr.
Georgia Bar No. 451264