IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ELAINE WATTS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:17-cv-03574-SCJ |
| v. | ) | |
| | ) | |
| SILVERTON MORTGAGE SPECIALISTS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PLAINTIFF ELAINE WATTS' FIRST SUPPLEMENTAL MOTION FOR ATTORNEY'S FEES

Pursuant to Fed. R. Civ. P. 54, N.D. Ga. Local Rule 54 and 29 U.S.C. § 216(b) (FLSA) – and pursuant to this Court's Orders of October 31, 2019 [Doc. 145] and November 19, 2019 [Doc. 147] – Plaintiff Elaine Watts respectfully files this First Supplemental Motion for Attorney's Fees.

This Court has determined that "compensable activities include . . . preparing and litigating the request for attorney's fees." *Weissinger v. Murray*, No. 1:06-CV-1544-TWT, 2009 U.S. Dist. LEXIS 56789, at *16 (N.D. Ga. July 2, 2009). To that end, Plaintiff hereby files this Motion seeking recovery of fees

incurred litigating her initial request for attorneys' fees and expenses. [Docs. 149, 150-1].

Plaintiff's initial Motion for Attorney's Fees & Expenses was filed on November 22, 2019. [Doc. 149]. The time sought to be compensated in that Motion covered the period from the beginning of this legal matter through November 21, 2019 – the day before filing. [Doc. 149-8]. This Motion seeks recovery for time spent in final drafting and completion of the Motion for Attorney's Fees and subsequent litigation through January 24, 2020 – including, in particular, actions related to preparing Plaintiff's Reply in support of that original Motion. In the exercise of billing judgment, the undersigned has excluded all time associated with seeking page or deadline extensions.

In sum, Plaintiff now respectfully moves the Court for an additional[1] award of attorneys' fees in the amount of $12,810.00. In support of this Supplemental Motion, Plaintiff has filed a detailed itemization of her Counsel's time & fees incurred from November 22, 2019 through January 24, 2020, attached as Exhibit 1.

**[Signature on next page]**

---

[1] That is, in addition to the amount sought in Plaintiff's initial Motion for Attorney's Fees & Expenses. [Doc. 149].

Respectfully submitted, this 27th day of January 2020.

/s/ *Benjamin A. Stark*
Benjamin A. Stark, Esq.
Georgia Bar No. 601867

BARRETT & FARAHANY, LLP
1100 Peachtree Street, NE
Suite 500
Atlanta, Georgia 30309

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ELAINE WATTS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:17-cv-03574-SCJ |
| v. | ) | |
| | ) | |
| SILVERTON MORTGAGE SPECIALISTS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January 2020, I electronically filed the foregoing Plaintiff Elaine Watts' First Supplemental Motion for Attorney's Fees with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all following attorneys of record.

This 27th day of January 2020.

/s/ *Benjamin A. Stark*
Benjamin A. Stark, Esq.
Georgia Bar No. 601867